IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 97-334C

(Filed: November 27, 2006)

CCA ASSOCIATES,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is the government's Motion Regarding Page Limits and plaintiff's Motion to Strike Defendant's Post-trial Reply Brief, both filed November 22, 2006. Both motions concern the length of the government's forty-page post-trial responsive brief, filed November 21, 2006. The government believes that Rule 5.2 of the Rules of the Court of Federal Claims ("RCFC") permits its responsive brief to be up to forty pages in length, but, in the alternative, moves for leave to file a forty-page brief. Plaintiff contends that the government's responsive brief is governed by RCFC 5.2(b)(2), which states that "reply briefs or memoranda shall not exceed 20 pages by any process of duplication or copying or 30 pages where a response to a motion is included." Plaintiff argues that permitting the government to file a forty-page responsive brief would prejudice plaintiff because, in limiting its own responsive brief to twenty pages, plaintiff necessarily chose not to address certain issues.

The government's Motion Regarding Page Limits is GRANTED, and plaintiff's Motion to Strike Defendant's Post-trial Reply Brief is correspondingly DENIED. To address plaintiff's concerns of prejudice, however, plaintiff is granted leave to file a ten-page reply to the government's post-trial responsive brief. Plaintiff shall file this reply on or before December 7, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge