IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 97-334C

(Filed: December 8, 2006)

| | |
|---|---|
| CCA ASSOCIATES, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

The court acknowledges receipt of plaintiff's Supplemental Reply Brief, filed December 6, 2006. In light of plaintiff's filing, the court grants the government leave to file a post-trial responsive brief, restricted to three pages. The government's brief shall be limited to the issues raised in plaintiff's Supplemental Reply Brief. The court's grant of such leave to the government is reluctant, particularly given that the government has already submitted 100 pages of post-trial briefs, in contrast to plaintiff's eighty-six pages. The government shall file this reply on or before December 13, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge