ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
MAR 30 2007
U.S. COURT OF FEDERAL CLAIMS

CCA ASSOCIATES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 97-334C
(Judge Lettow)

DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the Court's final judgment of January 31, 2007, in the above-captioned case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRIAN M. SIMKIN
Assistant Director

KENNETH D. WOODROW
DAVID A. HARRINGTON
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 353-0513

March 30, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 30th day of March, 2007, I caused to be placed in the U.S. Mail (postage prepaid) copies of the "DEFENDANT'S NOTICE OF APPEAL," addressed as follows:

ELLIOT POLEBAUM, ESQ.
Fried, Frank, Harris, Shriver
& Jacobson
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004

Estelle M Brown