United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 24, 2007

Elliot Edward Polebaum, Esq.
Fried, Frank et al.
1001 Pennsylvania Ave., NW
Suite 800
Washington, DC 20004-2505

In re: CCA Assocs. v. United States, No. 97-334 C

Dear Mr. Polebaum:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated February 1, 2007, in favor of plaintiff in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes
Chief Deputy Clerk Operations

Enclosures

cc: Kenneth David Woodrow, Esq., Dept. Of Justice